UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL A. RODRIGUEZ,** | : | |
| Petitioner | : | No. 1:15-CV-00017 |
| vs. | : | (Judge Kane) |
| **WARDEN DAVID J. EBBERT,** | : | |
| Respondent | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Rodriguez's petition for writ of habeas corpus (Doc. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　 S/ Yvette Kane
　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　United States District Judge

Date: April 9, 2015